Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:
Debtor

Case No.:
Chapter

James S. Feltman
Plaintiff

v.

Granite State Insurance Company
Defendant

Adv. Proc. No. 07–00111–JHW                    Judge: Judith H. Wizmur

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

  Please be advised that on March 5, 2008, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 28 – 19
Letter Opinion (related document:[19] Motion For . Sanctions Against Justin Sciarra and his Counsel filed by Defendant Granite State Insurance Company).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney and . Signed on 3/5/2008 (eag)

  Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 5, 2008
JJW: eag

                              James J. Waldron
                              Clerk